## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No: 25-50075 |
| | : | |
| Douglas R. Speakman | : | Chapter 13 |
| | : | |
| Debtor | : | Judge Mina Nami Khorrami |

## **APPRAISAL**

Debtor, by and through counsel, hereby submit the attached tax valuation of the real estate located at 4909 Rude Street, Huntsville Ohio 43324 (see attached Exhibit A).

    Respectfully submitted,

    /s/ Katharine Granger
    Katharine Granger  (0079143)
    4260 Tuller Road, Suite 102
    Dublin Ohio 43017
    (614) 389-4941 Phone
    (614) 704-5995 Fax
    kgranger@granger-law-firm.com
    *Attorney for Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Appraisal was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail**, postage prepaid on January 12, 2025   addressed to:

Douglas Speakman
4909 Rude Street
Huntsville Ohio 43324

                                             /s/Katharine Granger
                                             Katharine Granger



# JACK RESER

Logan County Auditor | Logan County, Ohio

Search by parcel number, ...

| | | | | |
|---|---|---|---|---|
| | **Parcel Number** 24-048-15-02-001-000 | **Legal Description** 0000 9903 | **Location** 4909 RUDE ST | **Acres** 0.3500 |
| | **Owner** SPEAKMAN DOUGLAS RYAN | | | |



Map this parcel

**2024**

## Summary

Tax

Transfers         2

History           2

Payment          92
History

Value History

CAUV Soil
Breakdown

Utilities          6

Land              1

Commercial
Buildings

Dwellings         1

Other             3
Improvements

Sketch            1

Levy
Distribution

Tax Estimator

Map this
Parcel

Tax Card

### Levies

More Information

## 2024 Election Ballot on 03/19/2024

This levy information is specific to this particular property only. These cost estimates should be considered neither an endorsement nor an opposition to any particular proposed tax levy. Hopefully this information will prove beneficial and help you make an informed decision come Election Day.

| Political Subdivision | Name | Timeline | Millage | Type | Purpose | Current | Proposed |
|---|---|---|---|---|---|---|---|
| LOGAN COUNTY | CHILDREN'S SERVICES | 5 years (Tax years 2025 - 2029) | 2.1500 mils | Renewal | SUPPORTING CHILDREN'S SERVICES | 61.70 | 61.70 No Change |

### Property

**Tax District**
24-MCARTHUR HUNTSVILLE CORP

**School District**
INDIAN LAKE S D

**Neighborhood**
01700-HUNTSVLE

**Subdivision**

**Map Number**
04815

**Routing Number**
02001

### Owner

**Contact**
SPEAKMAN DOUGLAS RYAN
4909 RUDE ST
HUNTSVILLE OH 43324-9770

**Owner Name**
DOUGLAS RYAN SPEAKMAN

### Deed

**Legal Description**
0000 9903

**Acres**
0.3500

**Date Sold**
09/28/2022

**Sales Amount**
155,000.00

**Volume / Page**
1409 / 3733

### Taxpayer

**Contact**
SPEAKMAN DOUGLAS RYAN
8241 DOW CIR
STRONGSVILLE OH 44136-1761

### Values

**Land Use**
511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES

### Current Charges

| Full Rate ⓘ | Effective Rate ⓘ | Qualifying Rate ⓘ |
|---|---|---|
| 62.600000 | 41.496656 | 35.880903 |

Pay Online:    Add to cart

| | Appraised | Assessed | | Prior | First | Second | Total |
|---|---|---|---|---|---|---|---|
| **Land** | 16,800 | 5,880 | **Tax** | 0.00 | 745.11 | 745.11 | 1,490.22 |
| **Improvement** | 95,520 | 33,430 | **Special** | 0.00 | 428.29 | 428.29 | 856.58 |



| | Appraised | Assessed |
|---|---|---|
| **Total** | 112,320 | 39,310 |
| **CAUV** (N) | 0 | 0 |
| **Homestead** (N) | 0 | 0 |
| **Owner Occupancy** (N) | 0 | 0 |
| **Taxable** | 112,320 | 39,310 |

| | Prior | First | Second | Total |
|---|---|---|---|---|
| **Total** | 0.00 | 1,173.40 | 1,173.40 | 2,346.80 |
| **Paid** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Due** | 0.00 | 1,173.40 | 1,173.40 | 2,346.80 |
| **Due On** | 02/12/2025 | | | |

Adding on? Try our tax estimator.

Future Charges

| Type | Description | Amount |
|---|---|---|
| Special Assessments | 11-028 SNTRY SWR COLLECTION | 660.58 |
| Special Assessments | 11-096 HUNTSVILLE SAN SEWER CONST | 189.00 |

100 S. Madriver St.
Bellefontaine, OH 43311
**Hours:** Monday - Friday 8:30AM - 4:30PM
**Phone:** (937) 599-7209

**Important Links**
County's Website
Auditor's Website

Last Updated: 01/06/2025 10:30:03 PM
Powered By: ISSG Inc