# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Douglas R. Speakman | : | Case No. 25-50075 |
| | : | Chapter 13 |
| | : | Judge Mina Nami Khorrami |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION (DOC. 28) AND RECOMMENDATION IN FAVOR OF CONFIRMATION

Now comes Edward A. Bailey, Chapter 13 Trustee, and withdraws his Objection to Confirmation filed on April 22, 2025 and therefore recommends to the Court that Debtor(s) Plan be confirmed.

**TERMS OF PLAN BASED ON AMENDMENTS (if any):**

**Above Median Income**

**Best Interest Dividend: 0%     Dividend: 2%**

**Plan Payments:  $1950 mo - 15 mos; $2100 mo - rem**

**Length:  60 Months**

**Furthermore, Trustee notes:**

Dated: 05/01/2025

Respectfully submitted,

**/s/Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below a copy of the Trustee's Withdrawal of Objection to Confirmation was served on the Office of the United States Trustee and Debtor's attorney electronically through the court's ECF System at the email address registered with the court, and on Douglas R. Speakman 4909 Rude Street Huntsville, OH 43324 by regular first class mail, postage prepaid.

Dated: 05/01/2025

/s/Edward A. Bailey
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org